# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# EAZY-E

**Reg. No. 3,801,188**  
**Registered June 8, 2010**  
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

TOMICA WOODS-WRIGHT AS TRUSTEE OF THE ERIC WRIGHT TRUST (CALIFORNIA TRUST)  
C/O LOEB & LOEB LLP  
10100 SANTA MONICA BOULEVARD, SUITE 2200  
SHERMAN OAKS, CA 90067

FOR: CLOTHING, NAMELY, SHIRTS, TOPS, AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2007; IN COMMERCE 0-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-717,080, FILED 9-20-2005.

SARA THOMAS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,192,195

Registered Jan. 2, 2007

## TRADEMARK
PRINCIPAL REGISTER

# EAZY-E

TOMICA WOODS-WRIGHT AS TRUSTEE OF THE ERIC WRIGHT TRUST (CALIFORNIA TRUST)
C/O GUDVI, SUSSMAN & OPPENHEIM
15260 VENTURA BOULEVARD, SUITE 2100
SHERMAN OAKS, CA 91403

FOR: SERIES OF MUSICAL SOUND RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1988; IN COMMERCE 0-0-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-717,078, FILED 9-20-2005.

SCOTT SISUN, EXAMINING ATTORNEY